UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-mc-21209-JEM

OREO CORP., an Ohio corporation, as successor
in interest to KeyBank National Association,

        Plaintiff,
v.

LAWRENCE J. WINNERMAN,
SANFORD B. WINNERMAN, and
WW CENTENNIAL HILLS, LLC.,

        Defendants
_____/

**REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon the Motion to Vacate Writ of Execution filed by Plaintiff KB Oreo LLC, an Ohio Company converted from Oreo Corp. ("Plaintiff") (hereafter, "Motion to Vacate") [D.E. 54]. Defendant Sanford B. Winnerman ("S. Winnerman") filed a Joinder in Plaintiff's Motion to Vacate and Notice of Non-Objection [D.E. 55] and Plaintiff filed a Notice of Filing Proposed Order [D.E. 56]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Jose E. Martinez, United States District Judge [D.E. 57]. The undersigned held a telephonic hearing on this matter on June 7, 2021 [D.E. 59].

At the hearing, the counsel for Plaintiff and Defendant S. Winnerman represented that the underlying action has been settled as to S. Winnerman, and that the pendency of the Writ of Execution [D.E. 53] as to S. Winnerman is precluding completion of the settlement. Based on the parties' representation, the undersigned finds that there is good cause for the Writ of Execution [D.E. 53] to be vacated.

Therefore, the undersigned RESPECTFULLY RECOMMENDS that Plaintiff's Motion to Vacate [D.E. 54] be GRANTED; and that the Writ of Execution [D.E. 53] be VACATED by entry of Plaintiff's Proposed Order, attached hereto as Exhibit A.

Given the parties' agreement to the relief requested in the Motion to Vacate, the undersigned finds that it would be superfluous to allow for the filing of written objections from the parties. Therefore, the undersigned further RECOMMENDS that the Order attached hereto as Exhibit A be entered without delay.

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 8th day of June, 2021.

*/s/ Alicia M. Otazo-Reyes*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Jose E. Martinez
      Counsel of Record

# EXHIBIT A

IN UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-mc-21209-JEM

Oreo Corp., an Ohio corporation, as successor
in interest to KeyBank National Association,

    Plaintiff,

v.

Lawrence J. Winnerman, Sanford B. Winnerman,
and WW Centennial Hills, LLC.,

    Defendants.

## ORDER VACATING WRIT OF EXECUTION

THIS CAUSE came before the Court upon Motion to Vacate Writ of Execution ("Motion"). (ECF No. 48). The Court has carefully considered the Motion, and is otherwise fully advised in the premises. After careful consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to Vacate Writ of Execution, (ECF 54) is GRANTED.

2. The Writ of Execution issued by the Clerk (ECF 53) is hereby VACATED.

DONE AND ORDERED this _____ day of _____, 2021.

                                                The Honorable Jose E. Martinez
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Alicia M. Otazo-Reyes
All Counsel of Record