UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 20-21209-MC-MARTINEZ-OTAZO-REYES**

OREO CORP.,
      Plaintiff,

vs.

LAWRENCE J. WINNERMAN, *et al.*,
      Defendants.

_____/

## ORDER VACATING WRIT OF EXECUTION

**THIS MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion to Vacate Writ of Execution ("Motion"), (ECF No. 54).  Magistrate Judge Otazo-Reyes filed a Report and Recommendation, (ECF No. 60), recommending that (1) the Motion be granted; and (2) the Writ of Execution, (ECF No. 53), be vacated.  In light of the parties' agreement and after careful consideration of the pertinent portions of the record, the Court finds as follows:

It is **ADJUDGED** that United States Magistrate Judge Otazo-Reyes's Report and Recommendation, (ECF No. 60), is **AFFIRMED** and **ADOPTED**.

**IT IS FURTHER ADJUDGED** that:

1.      Plaintiff's Motion to Vacate Writ of Execution, (ECF No. 54), is **GRANTED**.

2.      The Writ of Execution issued by the Clerk, (ECF No. 53), is hereby **VACATED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of June, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record